**Michael BISHOP; Elysiann Bishop, Plaintiffs—Appellants**

v.

**FIREMAN'S FUND INSURANCE COMPANY, Defendant— Appellee.**

No. 10–10105.

United States Court of Appeals, Fifth Circuit.

March 2, 2011.

John Thomas Cox, III, Edward Jason Dennis, Lynn, Tillotson, Pinker & Cox, L.L.P., Dallas, TX, for Plaintiffs–Appellants.

Gregory L. Griffith, Esq, Griffith Law Firm, Dallas, TX, Christopher Weldon Martin, George L. Lankford, Martin, Disiere, Jefferson & Wisdom, L.L.P., Houston, TX, for Defendant–Appellee.

Before BARKSDALE, CLEMENT and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.